IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Morse, Carlin P<br>Morse, Jolandra N<br>Printed: 03/03/09 | Case Number:  08 B 17911<br>Judge:  Wedoff, Eugene R<br>Filed:  10/21/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: January 15, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 2. | Chase Bank USA NA | Unsecured | 0.00 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 5. | Anchor Bank | Unsecured | 0.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 9. | American Express | Unsecured | 0.00 | 0.00 |
| 10. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 11. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 12. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 13. | Indymac Bank | Secured | | No Claim Filed |
| 14. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 15. | CarMax Auto Finance | Secured | | No Claim Filed |
| 16. | 5118-5120 Condominium Association | Secured | | No Claim Filed |
| 17. | University Park Condo | Secured | | No Claim Filed |
| 18. | CarMax Auto Finance | Secured | | No Claim Filed |
| 19. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 20. | Bank Of America | Unsecured | | No Claim Filed |
| 21. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 22. | CarMax Auto Finance | Unsecured | | No Claim Filed |
| 23. | Indymac Bank | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Anchor Bank | Unsecured | | No Claim Filed |
| 26. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Morse, Carlin P | Case Number: 08 B 17911 |
| | Morse, Jolandra N | Judge: Wedoff, Eugene R |
| | Printed: 03/03/09 | Filed: 10/21/08 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Bank Of America | Unsecured | | No Claim Filed |
| 28. Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 29. Chase | Unsecured | | No Claim Filed |
| 30. Direct Merchants Bank | Unsecured | | No Claim Filed |
| 31. I C Systems Inc | Unsecured | | No Claim Filed |
| | | $ 0.00 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*